IDA MELISSE BENNETT, appellant,

*v.*

NEWARK MILK AND CREAM COMPANY et al., respondents.

[Decided October 17th, 1932.]

*Mr. Charles S. Smith,* for the appellant.

*Messrs. McCarter & English* and *Messrs. Hood, Lafferty & Campbell,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes, and printed in *9 N. J. Mis. R. 839.*

*For affirmance*—THE CHANCELLOR, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, BROGAN, VAN BUSKIRK, KAYS, DEAR, WELLS, KERNEY, JJ.   13.

*For reversal*—None.